IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN GROSS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 10-2380 |
| R.T. REYNOLDS et al., | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 28th day of February 2013, upon careful consideration of Defendants' Motion to Dismiss the Second Amended Complaint (Doc. No. 65) and Plaintiff's Response thereto (Doc. No. 69), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, as follows:

1. Count I of the Second Amended Complaint is dismissed, *with prejudice*;

2. Count II of the Second Amended Complaint is dismissed, *without prejudice*;

3. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.